1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
8                              AT SEATTLE

9    DAVID LAINEZ,                        Case No. C17-723-TSZ

10             Plaintiff,                 ORDER OF DISMISSAL

11        v.

12   RENTON POLICE,

13             Defendant.

14

15        The Court, having reviewed the Report and Recommendation of the

16   Honorable James P. Donohue, docket no. 15, to which no objection was timely filed, does

17   hereby find and ORDER:

18        (1)    The Court ADOPTS the Report and Recommendation.

19        (2)    This action is DISMISSED with prejudice.

20        (3)    The Clerk is directed to send copies of this Order to plaintiff pro se and to the

21   Honorable James P. Donohue.

22        DATED this 15th day of September, 2017.

23

24                                        _____
                                          Thomas S. Zilly
25
                                          United States District Judge
26

ORDER OF DISMISSAL
PAGE - 1